# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

United States of America,

v.

## SENTENCING NOTICE

**Case Number Crim. 02-194 PAM**

Craig David McCart,

(x) TAKE NOTICE That a proceeding in this case has been scheduled for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Thursday, February 24, 2005 @ 10:00 A.M., for re-sentencing pursuant to remand by the U.S. Court of Appeals.**

RICHARD SLETTEN, CLERK

Dated: February 14, 2005

s/Suzanne M. Ruiz
Suzanne M. Ruiz, Calendar Clerk

cc: Michelle Jones - A.U.S.A.
Peter Wold
U.S. Marshal
U.S. Probation - Gayle Smith
U.S. Pretrial Services