**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Criminal No.: 02-CR-194 (PAM/RLE)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2005, I caused the following documents:

Defendant McCart's Sentencing Memorandum and Position Pleading.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

The Honorable Paul A. Magnuson
Michelle Jones, Assistant United States Attorney

I further certify that I caused two copies of the foregoing document and the notice of electronic filing to be delivered to the Honorable Paul A. Magnuson.

**PETER B. WOLD, P.A.**

Dated: February 17, 2005

s/ Peter B. Wold
Peter B. Wold, ID #118382
Attorney for Defendant
247 Third Avenue South
Minneapolis, MN 55415
Phone: 612-341-2525
Fax: 612-341-0116