# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# RE-SENTENCING PURSUANT TO REMAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Craig David McCart,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No: Criminal 02-194 (PAM)<br>Date: February 24, 2005<br>Court Reporter: Colleen Sichko<br>Time Commenced: 10:00 a.m.<br>Time Concluded: 10:45 a.m.<br>Time in Court: Hours & 45 Minutes |

Before Paul A. Magnuson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Michelle Jones
For Defendant: Peter Wold 9 FPD 9 CJA : Retained 9 Appointed

Interpreter/Language: Katherine Hallet / sign language

: **Re-Sentencing pursuant to remand from the 8th Circuit Court of Appeals.**

IT IS ORDERED:

Defendant is sentenced to: 32 months imprisonment, including a minimum of 6 months to be served in community confinement at Glory House in Sioux Falls, South Dakota. Followed by 3 years supervised release. Special assessment fine of $100.

Said terms to run 9 concurrently 9 consecutively

: Special conditions of supervised release:

**See J&C for special conditions**

: Defendant sentenced to pay:

: Special assessment in the amount of $100.00 to be paid .

9 Motion for departure is 9 granted 9 denied.
: Defendant returned to the custody of the U.S. Marshal.

s/Suzanne M. Ruiz
Calendar Clerk