AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# United States District Court

**District of Minnesota**

**RE-SENTENCING PURSUANT TO REMAND OF THE COURT OF APPEALS**

UNITED STATES OF AMERICA
v.
**Craig David McCart**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **Criminal 02-194 PAM**
USM Number: **10491-041**
Social Security Number: 4816
Date of Birth: 1965

**Peter B. Wold**
Defendant's Attorney

**THE DEFENDANT: Craig David McCart**

[] pleaded guilty to count(s): .
[] pleaded nolo contendere to counts(s) which was accepted by the court.
[**x**] was found guilty on count(s) **one** after a plea of not guilty.
The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2423(b) | Interstate Travel to Engage in Sex with a Minor | 5/31/02 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on counts(s) **.**
[] Count(s) (is)(are) dismissed on the motion of the United States.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

**February 24, 2005**
Date of Imposition of Judgment

s/Paul A. Magnuson
Signature of Judge

**PAUL A. MAGNUSON**, Senior United States District Judge
Name & Title of Judge

**February 25, 2005**
Date

DEFENDANT: CRAIG DAVID MCCART
CASE NUMBER: CRIMINAL 02-194 PAM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **32 months, this includes a minimum of 6 months to be served in community confinement at Glory House in Sioux Falls, South Dakota**.

[**x**] The Defendant has already served over two years of his sentence. The Court orders that the Defendant be immediately released from incarceration and that he serve the remainder of his term of imprisonment at Glory House in Sioux Falls, South Dakota. While serving the remainder of his imprisonment term, the Defendant shall undergo sex offender assessments and participate in a psychological or psychiatric counseling, education, training, and employment as appropriate.

[**x**] The defendant is returned to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________________

a ______________________ , with a certified copy of this Judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: CRAIG DAVID MCCART
CASE NUMBER: CRIMINAL 02-194 PAM

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three years**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[**x**] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[**x**] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[**x**] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: CRAIG DAVID MCCART
CASE NUMBER: CRIMINAL 02-194 PAM

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall refrain from accessing matter relating to child pornography.

e The defendant shall not possess or use a computer or other electronic device with access to any on-line computer service without prior written approval of the U.S. Probation Office. This includes but is not limited to any internet service provider, bulletin board system, or any other public or private computer network.

f The defendant shall not initiate, establish, or maintain contact with any male or female under the age of 18 except in the presence of a responsible adult who is aware of the nature of defendant's background and current offense and who has been approved by the Probation Office.

g The defendant must obtain approval in advance and in writing by the Probation Office before the defendant makes any contact with an individual under the age of 18.

h The defendant shall not reside with any child under the age of 18 unless approved in advance and in writing by the Probation Office.

i The defendant shall not date or socialize with anybody who has children under the age of 18 without permission of the Probation Office.

j The defendant shall not go to or loiter near school yards, parks, playgrounds, arcades or other places primarily used by children under the age of 18.

k The defendant shall register as a sex offender with the state, county, and/or local law enforcement in any county and state where defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation Office. The defendant shall complete this registration within ten days of his arrival in that locality. The Probation Office will provide the state and/or local law enforcement officials with any and all information, including substance abuse and mental health treatment records, as required by the state, county, or local sex offender registration agency.

l The defendant shall participate in sex offender treatment and submit to polygraph examinations as directed by the Probation Office. In addition, the Probation Office may direct the defendant to personally report to that agency for additional processing, such as photographing, fingerprinting, and providing a blood sample for DNA record.

m The defendant shall reside and participate in a community corrections facility program as directed by the Probation Office. The defendant shall be classified as a pre-release case.

n The defendant is not required to undergo mandatory drug testing pursuant to 18:3563(a) and 3583(d).

o No fine, no restitution, no costs of imprisonment or costs of supervision imposed.

p The defendant shall pay a $100 special assessment fine.