RECEIVED
JUN 23 2005
CLERK US DI
ST PAUL

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0:02CR00194-001(PAM) |
| DOCKET NO. (Receiving Court) | |

| NAME | DISTRICT | DIVISION | |
|---|---|---|---|
| Craig David McCart | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Paul A. Magnuson | | |
| | DATES OF SUPERVISION | FROM 08/25/2005 | TO 08/24/2008 |

OFFENSE

Interstate Travel to Engage in Sex With a Minor

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of South Dakota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 16, 2005
Date

Paul A. Magnuson
Paul A. Magnuson United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

June 20, 2005
Effective Date

Lawrence Piersol
United States District Judge

SCANNED
JUN 24 2005
U.S. DISTRICT COURT ST. PAUL